Clear Form

FILED

MAR 22 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

Robbie Powelson )  CV 22   01809
            Plaintiff, ) CASE NO. _____
                       )
vs.                    ) APPLICATION TO PROCEED
City of                ) IN FORMA PAUPERIS
Sausalito              ) (Non-prisoner cases only)
            Defendant. )

I, Robbie Powelson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?            Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.  Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a.    Business, Profession or                         Yes ____ No ____

8 |         self employment?

9 |     b.    Income from stocks, bonds,                   Yes ____ No ____

10 |         or royalties?

11 |     c.    Rent payments?                                 Yes ____ No ____

12 |     d.    Pensions, annuities, or                        Yes ____ No ____

13 |         life insurance payments?

14 |     e.    Federal or State welfare payments,       Yes ✓ No ____

15 |         Social Security or other govern-

16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each. ~220 a. month EBT

19 | _____

20 | _____

21 | 3.  Are you married?                                   Yes ____ No ✓

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.  a.  List amount you contribute to your spouse's support:$ _____

27 |     b.  List the persons other than your spouse who are dependent upon you for support

28 |         and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: Marin County Federal Credit Union  20 North San Pedro Rd, San Rafael

Present balance(s): $ 678

Do you own any cash? Yes ✓ No ____ Amount: $ 622

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ 220 Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Phillip Deschamps vs City of Sausalito
Jeremy Poltje vs City of Sausalito
Sausalito Homeless Union vs City of Sausalito

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

03/22/2022      *Robert Powell* (signature)

DATE      SIGNATURE OF APPLICANT

- 4 -