FILED

APR 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBBIE POWELSON,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>CITY OF SAUSALITO; et al.,<br><br>        Defendants-Appellees. | No.   22-15455<br><br>D.C. No. 3:22-cv-01809-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: PAEZ, RAWLINSON, and WATFORD, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the district court's March 25, 2022 order denying a temporary restraining order ("TRO") is not appealable. *See* 28 U.S.C. § 1292(a)(1); *E. Bay Sanctuary Covenant v. Trump*, 932 F.3d 742, 762 (9th Cir. 2018) (order) ("Ordinarily, a TRO is not an appealable order."); *Religious Tech. Ctr. v. Scott*, 869 F.2d 1306 (9th Cir. 1989) (denial of temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction). Specifically, the district court did not hold a hearing before denying the request for a TRO, and it declined, at that time, to set a hearing date for a preliminary injunction. *See id.*

Consequently, this appeal is dismissed for lack of jurisdiction.

.

AT/MOATT

This dismissal is without prejudice to appellant filing a new notice of appeal if the district court enters a subsequent order denying a motion for a preliminary injunction. *See* 28 U.S.C. § 1292(a)(1) (courts of appeals have jurisdiction to review orders of the district courts "granting, continuing, modifying, refusing or dissolving injunctions, or refusing to dissolve or modify injunctions").

**DISMISSED.**