Robbie Powelson
1001 Bridgeway, #611
Sausalito, CA, 94965
415-847-7500
robbiepowelson@gmail.com

FILED
JUL 05 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES COURT

DISTRICT OF NORTHERN CALIFORNIA

ROBBIE POWELSON

V

CITY OF SAUSALITO

CASE NUMBER: 3:22-CV-01809-EMC(RMI)

NOTICE IN ADVANCE OF ADMINISTRATIVE HEARING

1. I submitting this notice in advance of my administrative hearing.

2. I have emailed the attached exhibit to opposing counsel and Elliott Holt to send to the administrator who will conduct the hearing. I have not been able to get a hold of Citation Processing Center and I have not heard a response from the city

3. I would raise a concern that it appears as Citation Processing Center may be destroying evidence. The first ticket I received was at Marina Plaza on 5/25/21 while at a protest where only protesters were ticketed at Marina Plaza.



NOTICE IN ADVANCE OF ADMINISTRATIVE HEARING - 1

4. However, that ticket has disappeared from the Citation Processing Center Website as shown below. Ticket SAU 010020306 has simply disappeared. Now there is only one, and it is the one I will be doing on the 6th at 9am.



5. Obviously, I am concerned that this one confirmed disappearance of evidence is part of a larger pattern.

6. I make a note of this now, because I don't want evidence to be destroyed. As the court advised regarding the *Younger* doctrine, if the Citation Processing Center is unilaterally denying fee waivers across the State of California it could mean that they have a racket which is extorting people by denying them ability to appeal their parking tickets by unjustifiably denying fee waivers for their administrative hearings. I am concerned disappearance of evidence might occur to hide this behavior.

7. I am also concerned that the service of summon to their company was returned unexecuted. I request clarification as to why the summons to Citation Processing Center was unexecuted and how I can remedy it with the court.

8. I thank the court for its guidance and helping me get to this point of being able to have an administrative hearing.

Respectfully signed and submitted

NOTICE IN ADVANCE OF ADMINISTRATIVE HEARING - 2

EXHIBIT A

Robbie Powelson
1001 Bridgeway, #611
Sausalito, CA, 94965
415-847-7500
robbiepowelson@gmail.com

ADMINISTRATIVE HEARING

CITY OF SAUSALITO

| | |
|---|---|
| CITY OF SAUSALITO, A MUNICIPAL CORPORATION ACTING ON BEHALF OF THE PEOPLE OF CALIFORNIA<br><br>vs.<br><br>Robbie Powelson | REQUEST FOR ADMINISTRATIVE NOTICE OF UNDISPUTE MATTERS OF PUBLIC RECORD AND. REQUEST FOR DISMISSAL OF ALL CITATIONS ISSUED UNDER SAUSALITO MUNICIPAL CODE 15.04.165 AGAINST VEHICLES IN MY CONTROL WHICH INCLUDE THE 2006 TOYOTA TUNDRA LICENSE PLATE #8Z88260 AND 2004 MAZDA PROTÉGÉ LICENSE PLATE #4UIP540 |

**Prefatory Note**

1. Here comes I the Defendant, Robbie Powelson, for dismissal of tickets issued against me at Marina Plaza under Sausalito Municipal Code 15.04.165 for vehicles under my control.

2. After months of seeking and administrative hearing, I finally by the grace and guidance of United States District Court of Northern California have finally am able to plead my case regarding the unlawful parking practices of the City of Sausalito.

3. The city brings has created this public hearing after the court directed us that they would decide a preliminary injunction based on the *Younger Doctrine* governing federal intervention into state proceedings.

4. I now gratefully plead my case. If the case is goes against me, I respectfully demand that steps immediately be taken that the tickets be heard in Marin County Superior Court for final adjudication.

REQUEST FOR ADMINISTRATIVE NOTICE OF UNDISPUTE MATTERS OF PUBLIC RECORD AND. REQUEST FOR DISMISSAL OF ALL CITATIONS ISSUED UNDER SAUSALITO MUNICIPAL CODE 15.04.165 AGAINST VEHICLES IN MY CONTROL WHICH INCLUDE THE 2006 TOYOTA TUNDRA LICENSE PLATE #8Z88260 AND 2004 MAZDA PROTÉGÉ LICENSE PLATE #4UIP540 - 1

## SUMMARY OF ARGUMENT

A.  INTRODUCTION

B.  All Tickets Contradict Public Parking Easements Under Sausalito Municipal Code 10.44.140B for Marina Plaza

C.  All Tickets Contradict The Public Access Requirements for Marina Plaza as Defined by Marinship Specific Plan.

D.  All Tickets Do Not Appear to Further Any Legitimate Government Interest

E.  All Tickets Are Likely Discriminatory and Retaliatory In Nature

F.  All Tickets Must Be Dismissed As Vexatious and Discriminatory

## TABLE OF AUTHORITIES[1]

1. *Sausalito Municipal Code 10.44.140, B.* Parking Requirements of Marina and Harbor Facilities
2. *Marinship Specific Plan, (* Zoning Overlay for Marinship Area and Marina Plaza Where All Disputed Tickets Took Place)
   a. *Marinship Specific Plan Re: Marina Plaza*
      i. Marinship Specific Plan Use Designation Table RE: Marina Plaza at Page 8

---

[1] I here make a foot note that I do not waive any defenses under State and Federal law relating to public shore access and public parking. I reserve all defenses if this continues to move into Marin Superior Court. I also reseve all regulatory defenses that may be caused by requirement imposed by agencies with authority over Marina Plaza such as the Bay Conservation and Development Commission, United States Army Corps of Engineers, and California State Lands Commission and other governmental agencies that have authority to regulate Marina Plaza. Much of these defenses will require discovery, and are therefore reserved. This foot note should be construed in my favor because I am pro se non-attorney.

REQUEST FOR ADMINISTRATIVE NOTICE OF UNDISPUTE MATTERS OF PUBLIC RECORD AND. REQUEST FOR DISMISSAL OF ALL CITATIONS ISSUED UNDER SAUSALITO MUNICIPAL CODE 15.04.165 AGAINST VEHICLES IN MY CONTROL WHICH INCLUDE THE 2006 TOYOTA TUNDRA LICENSE PLATE #8Z88260 AND 2004 MAZDA PROTÉGÉ LICENSE PLATE #4UIP540 - 2

    *ii.* Marinship Specific Plan Section IV 2. "Parcel Access" at Page 37

    *iii.* Marin Ship Specific Plan Diagram 4 E Diagram Parcel Access for Marina Plaza

    *iv.* Marinship Specific Plan Section Page 48

## ADMINISTRATIVE NOTICE OF UNDISPUTED DOCUMENTS OF PUBLIC RECORD

3. 1. Assessors Parcel Map for the Zoning Parcel Marina Plaza
   https://www.marinmap.org/Planner/queryRM.aspx?PID=063-110-37  [Exhibit A]
4. 2. Sausalito Municipal 10.44.140 B Which dictates public parking requirements for planning parcels such as Marina Plaza [Exhibit B
5. 2. The Marinship Specific Plan,
   a. Part 1 https://www.sausalito.gov/home/showdocument?id=1454
   b. Part 2 https://www.sausalito.gov/home/showdocument?id=1455

### A. INTRODUCTION

1. In 1989, the City set aside a set of parcels known as "Marina Plaza" were the beneficiary of public funded beautification projects that were designed to benefit the peoples access to public shore on the property. These expenditures came with clear intent – that Marina Plaza was to have public access easeemnts that included pedestrian easement, public shore access, and public parking.

2. I Robbie Powelson, come now to pray that all citations issued for "parking on private property" under Sausalito Municipal Code 15.04.165 for vehicles under my control be dismissed in their entirety for parkin at Marina Plaza. In this pleading, I propose a legal theory that all of these tickets issued against me were done so under a discriminatory regulatory scheme. Essentially, the tickets amount to a civil conspiracy between unknown city officials and the owners Marina Plaza to implement an illegal parking enforcement scheme where disfavored groups are denied access to public parking easements while favored groups fully enjoy those easements.

3. These tickets are contextualized within the litigation of *Powelson v. City of Sausalito et al (3:22-cv-*

REQUEST FOR ADMINISTRATIVE NOTICE OF UNDISPUTE MATTERS OF PUBLIC RECORD AND. REQUEST FOR DISMISSAL OF ALL CITATIONS ISSUED UNDER SAUSALITO MUNICIPAL CODE 15.04.165 AGAINST VEHICLES IN MY CONTROL WHICH INCLUDE THE 2006 TOYOTA TUNDRA LICENSE PLATE  #8Z88260 AND 2004 MAZDA PROTÉGÉ LICENSE PLATE #4UIP540 - 3

*01809)* and *Sausalito Sausalito/Marin County Chapter of the California Homeless Union et al v. City of Sausalito et al 3:21-cv-01143.* The nexus of facts in both of these cases are intimately related to these tickets. All of the ticekts were issued either in performing First Amendment Protected Activities or simply living at Marinship.

## B. All Tickets Contradict Public Parking Easements Under Sausalito Municipal Code 10.44.140B for Marina Plaza

4. At all relevant times, all tickets issued against the vehicles in my control were on the Marina Plaza Planning Parcel [See Juidicial Notice *Marinship Plan*] Marina Plaza is are a set of conjoined parcels that makeup Marina Plaza, which I understand to be under the direct control of Carlitos Berg [ECF ] through various subsidiaries. My understanding is that Mr. Berg is the heir of these properties and now owns them through the will of his deceased father and that all of said parcels are under his direct control.

5. My understanding is that all relevant times, Mr. Berg and his surrogates, are the ones who called and directed tickets to be issued upon vehicles under my control under 15.04.165.

6. I have direct knowledge that Marina Plaza includes the Marina Yacht Plaza, which is a marina for various watercraft, sail boats, motor boats, and yachts, and that this harbor is under the direct control of Mr. Berg and his surrogates who directed vehicles in my control to be ticketed.

7. My understanding is that public parking requirements for public shore are strongly intertwined the Public Trust Doctrine for waterfront and shorelines, which demand easements and access to public waters under State and Federal Public Trust Doctrine, as well as requirements of the Bay Conservation and Development Commission and California State Lands Commission.

8. Sausalito Municipal Code 10.44.140 B, states the following:

REQUEST FOR ADMINISTRATIVE NOTICE OF UNDISPUTE MATTERS OF PUBLIC RECORD AND. REQUEST FOR DISMISSAL OF ALL CITATIONS ISSUED UNDER SAUSALITO MUNICIPAL CODE 15.04.165 AGAINST VEHICLES IN MY CONTROL WHICH INCLUDE THE 2006 TOYOTA TUNDRA LICENSE PLATE #8Z88260 AND 2004 MAZDA PROTÉGÉ LICENSE PLATE #4UIP540 - 4

"B. Parking Requirements. Marinas and harbors shall provide off-street parking at a ratio of one parking space for every two berths, plus the required parking for any ancillary office space. Marinas and harbors shall also provide public parking at a ratio of one space per 10 berths. Parking spaces shall be designed and improved as required by SMC 10.40.120 (Design and improvement of parking)."

[https://www.codepublishing.com/CA/Sausalito/html/Sausalito10/Sausalito1044.html#10.44.140]

9. I have direct knowledge that Marina Plaza Yacht Harbor and all of the conjoined parcels of the Marina Plaza Planning Parcel [See Marinship Specific Plan Table ]

10. I have direct knowledge, from reading the California Department of Boating and Waterway website, that the Marina Plaza is a harbor as understood in SMC 10.44.140 B



11. It is my understanding that at all relevant times that these tickets were issued, that Mr. Berg and his surrogates were in violation of this planning parcel, because I have direct knowledge that there is no clearly labeled parking signs anywhere on the property as required by SMC 10.40.120

REQUEST FOR ADMINISTRATIVE NOTICE OF UNDISPUTE MATTERS OF PUBLIC RECORD AND. REQUEST FOR DISMISSAL OF ALL CITATIONS ISSUED UNDER SAUSALITO MUNICIPAL CODE 15.04.165 AGAINST VEHICLES IN MY CONTROL WHICH INCLUDE THE 2006 TOYOTA TUNDRA LICENSE PLATE  #8Z88260 AND 2004 MAZDA PROTÉGÉ LICENSE PLATE #4UIP540 - 5

12. Because Marina Plaza is a contingous planning parcel under the *Marinship General Plan,* [See Table , the public parking does not exist anywhere within the planning parcel. Because Mr. Berg does not have authority to flout the law, the public parking *must exist* even if there is no public signage. The public parking must exist even if Mr. Berg and his surrogates have chosen to erect misleading "Tow away signs" in violation of SMC 10.44.140B and the relevant laws of the Public Trust Doctrine that governs private property that abuts public shore

13. At all relevant times, the tickets issued were on a property that is has excessive open parking, and my parking did not unduly burden Mr. Berg.

14. At all relevant times that the tickets were issued, I was enjoying public access easements that Mr. Berg and his surrogates were seeking to unlawfully deny me.

15. At all relevant times, based on the pattern of relation [See Sausalito Homeless Union et al v City of Sausalito] [Powelson v City of Sausalito] and related cases – the city had an explicit incentive to endorse Mr. Bergs discriminatory scheme because of its explicit intention to destroy the encampment at Marinship Park – which abuts Marina Plaza. I have heard Mr. Berg make public statements at City Council meetings where he has agitated that no camp exist at Marinship, which he asserts damages the value of his property and is a public nuisance. The City of Sausalito in its pleadings, has concurred and is currently seeking to dissolve the injunction that protects the encampment.

16. The City of Sausalito issued frivolous tickets that violated the City's own code and requirements for public parking requirements in order to benefit public shore access. It did this because Mr. Berg and his surrogates only requested tickets against people associated with the encampment at Marinship Park which aligned with the City's interest of harassing camp members and those associated with them. The City of Sausalito and Mr. Berg had aligned interests to harass campers and their associates in order to reduce the encampment over time.

**C. All Tickets Contradict The Public Access Requirements for Marina Plaza as Defined by Marinship Specific Plan**

REQUEST FOR ADMINISTRATIVE NOTICE OF UNDISPUTE MATTERS OF PUBLIC RECORD AND. REQUEST FOR DISMISSAL OF ALL CITATIONS ISSUED UNDER SAUSALITO MUNICIPAL CODE 15.04.165 AGAINST VEHICLES IN MY CONTROL WHICH INCLUDE THE 2006 TOYOTA TUNDRA LICENSE PLATE  #8Z88260 AND 2004 MAZDA PROTÉGÉ LICENSE PLATE #4UIP540 - 6

17. The parking on Marinship is a public easement created around 1989 as on of the public projects in the *Marinship Specific Plan*, which is a zoning overlay over this side of the city. The public specifically has care, and pays for, a public access easement on Marinship Way [See *Marinship Plan* "Public Projects" Page 65]. All of the tickets issued to me are on this public access easement, paid for by the people.

18. The City of Sausalito and the property owner are discriminating against unhoused people, because that plan specifically lists Marin shipway as a public access easement for vehicles, and also specifically requires the owner to have a certain number of public spaces for his marina as part of the public shore trust doctrine – at least one parking spot per 10 berths. The property owner is not compliance with any of these requirements, and the City is okay with it because the only people being deprived of these easements are people who live anchored out or who are unhoused.

19. Case in point, the entire parking on that street the current property was created in the 1989 Marinship Special plan as public parking. Under Section V "Public Projects" of the 1989 Special Plan for Marinship, the parking on Marinship Way was designed as. [Page 65 Marinship Specific Plan]. These public projects are specifically identified in the Marinship as mars that are the responsibility of Sausalito, due to their public nature.

20. On Page 37 of the same plan the Marinship Specific Plan ponders parcel access "Due to the shortage of public streets in Marinship parking, individual parcel access must is frequently via an easement access." The plan then goes onto list the parcel access points – and to no surprise it lists Marinshipway which was build and is the "responsibility of the City of Sausalito".

21. Marinship Plan among other things sought to "it is the intent of the plan to preserve the Marinship as an area primarily oriented to the use of and service of Sausalito residents, not tourists." Marinship General Plan ¶4 . The Marinship Parking was paid for by the citizens of Sausalito for their own use. Our camp, myself, are residents of Sausalito. Why are we being deprived the only parcel access easement on Marinship, when it was designed specifically for that use so that the public would be able

REQUEST FOR ADMINISTRATIVE NOTICE OF UNDISPUTE MATTERS OF PUBLIC RECORD AND. REQUEST FOR DISMISSAL OF ALL CITATIONS ISSUED UNDER SAUSALITO MUNICIPAL CODE 15.04.165 AGAINST VEHICLES IN MY CONTROL WHICH INCLUDE THE 2006 TOYOTA TUNDRA LICENSE PLATE #8Z88260 AND 2004 MAZDA PROTÉGÉ LICENSE PLATE #4UIP540 - 7

1. to access public shore and the public park.

22. The entire area where I have received "Parking on private property" tickets have been on a public project created around 1989 as a public project on Marinshipway. If public parking was to be anywhere under SMC 10.44.140 – it would be where I got these parking tickets. I am using the land as intended by the People of Sausalito.

23. The property owners antics of pretending he has no responsibility to honor pedestrian easements and the public access easement articulated in the Marinship Specific Plan is likely being being further the cities festering abhorrence of people who live anchored out or are unhoused. As I have articulated, the business owner never was ticketing people that came in nice cars to play tennis. It was only when we undesirables started showing up did he take an issue. Discrimination is not acceptable for public access easements. The owner has no parking for his entire property, even though the Marinship Plan specifically demands pedestrian easements, public shore easements, and public access easements including for parking.

24. Furthermore, I am not molesting the property owner by being present on his property which is open to the public "public access shall be required as part of any development or redevelopment in Marinship providing public access on all public and private streets, pedestrian and bicycle ways, and as may be required by the city [quoting from 4a on page 40 of the Marinship Specific Plan]

25. The only reason I believe the property owner is getting away with it, is because he and the city both share in their disgust in the camp and the same eagerness to see us cast aside in the most expedient, cost effective manner.

## D. All Tickets Do Not Appear to Further Any Legitimate Government Interest

26. The tickets I have been issued at Marina Plaza contradict the written law of the City of Sausalito, public easements in place for decades, and the public trust doctrine. The tickets go against the publics interest because they flout the law, deprive the public of public shore access and easements they are entitled to. Furthermore, there is no parking permit program at Marina Plaza. There is ample parking

REQUEST FOR ADMINISTRATIVE NOTICE OF UNDISPUTE MATTERS OF PUBLIC RECORD AND.
REQUEST FOR DISMISSAL OF ALL CITATIONS ISSUED UNDER SAUSALITO MUNICIPAL CODE
15.04.165 AGAINST VEHICLES IN MY CONTROL WHICH INCLUDE THE 2006 TOYOTA TUNDRA
LICENSE PLATE #8Z88260 AND 2004 MAZDA PROTÉGÉ LICENSE PLATE #4UIP540 - 8

such that parking at Marina Plaza is not an undue hardship on the property owner. Because the tickets are not issued in an orderly way and undermine the public interest the court may conclude that the tickets do not further a government interest.

27. If the tickets were sustained, it would mean that the law of Sausalito does not matter. It means SMC 10.44.140 does not matter. It means that the public project that tax payers foot the bill for Marina Plaza was a boondoggle. The private property owner has seized the publics resources, cut off the publics access to public shore and can now take that to the bank.

28. The opaque prerogatives of Mr. Berg and the current officials of Sausalito cannot override the written authorities of Sausalito Municipal Code 10.44.140B and the *Marinship Specific Plan*. The public access easements are simply voided without any reasoning or explanation to the public.

29. This form of methodology of parking enforcement is not sustainable because it contradicts the written ordinances of Sausalito and the public trust doctrine for public shore. The written ordinances must be respected because those ordinances are the written law of the City of Sausalito and is the law which is known, publicly available, and therefore accountable to the people who live in Sausalito.

30. City officials have run a mac truck driven by their meter maids through the ordinances of the City of Sausalito. They have given no explanation and no justification why my vehicles are not deserving of equal protection of the law when many other groups of individuals fully enjoy these public access easements.

### E. All Tickets Appear To Be Either Discriminatory and Retaliatory In Nature

31. If it is apparent that the tickets violate ordinances of Sausalito, violate the public trust doctrine for public shore, then it stands to reason they do not serve the a legitimate government interest. That begs the question of why the City of Sausalito has issued tickets in contradiction to their own ordinances.

32. This raises the question as to whether the tickets are discriminatory in nature. The city bears the burden of proof as to why they can flout their own ordinances to ticket me. The legitimacy of the tickets are here thrown into serious question.

REQUEST FOR ADMINISTRATIVE NOTICE OF UNDISPUTE MATTERS OF PUBLIC RECORD AND. REQUEST FOR DISMISSAL OF ALL CITATIONS ISSUED UNDER SAUSALITO MUNICIPAL CODE 15.04.165 AGAINST VEHICLES IN MY CONTROL WHICH INCLUDE THE 2006 TOYOTA TUNDRA LICENSE PLATE  #8Z88260 AND 2004 MAZDA PROTÉGÉ LICENSE PLATE #4UIP540 - 9

### F. Conclusion: All Tickets Must Be Dismissed

19. The tickets contradict City law. Private and public officials working in concert are not entitled to benefit from Sausalito Municipal Code 15.04.165 while disregarding Sausalito Municipal Code 10.44.140. At least 10 parking tickets exist, because according to the State of California there are 103 births and the Marina Yacht Plaza [Exhibit]. Under SMC 10.44.140 that means there must be at least 10 public parking spots posted in Marina Plaza – and currently no such posting exists. I have caused no burden to Marina Plaza, which has copious parking that is mostly empty. In fact, I have benefited from the public access and public parking easements guaranteed to the public at Marina Plaza.

**Verification**

**I Robbie Powelson, respectfully submit this briefing in advance of my hearing on July 6th, at 9am via telephone.**

REQUEST FOR ADMINISTRATIVE NOTICE OF UNDISPUTE MATTERS OF PUBLIC RECORD AND. REQUEST FOR DISMISSAL OF ALL CITATIONS ISSUED UNDER SAUSALITO MUNICIPAL CODE 15.04.165 AGAINST VEHICLES IN MY CONTROL WHICH INCLUDE THE 2006 TOYOTA TUNDRA LICENSE PLATE #8Z88260 AND 2004 MAZDA PROTÉGÉ LICENSE PLATE #4UIP540 - 10