Arthur Gaus SBN #289560
Julianna Bramwell, SBN #339794
KAUFMAN DOLOWICH & VOLUCK, LLP
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
E-mail: agaus@kdvlaw.com

GREGORY RUBENS, SBN. #129737
CITY ATTORNEY FOR CITY OF SAUSALITO
Sausalito City Hall 420 Litho Street Sausalito, CA 94965
E-mail: grubens@bwslaw.com

Attorney for Defendants
CITY OF SAUSALITO

UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBBIE POWELSON,

             Plaintiff,

     v.

CITY OF SAUSALITO, et al.,
Defendant.

CASE NO. 3:22-cv-01809-EMC (RMI)

**STATUS REPORT RE: MARINSHIP
ENCAMPMENT *PRO SE* LITIGATION**

Action Filed: March 22, 2022

Trial Date: None set.

1.

Ahead of the status conference scheduled for October 11 at 2:30 p.m. before Judge Edward Chen Defendant City of Sausalito provides the Court with the following updates relating to the following *pro se* cases. To preserve Court resources and for purposes of administrative clarity, Defendant City of Sausalito is filing this status report only in the case 3:22-cv-01809-EMC - Powelson v. City of Sausalito et al:

3:22-cv-00928-EMC - Deschamps v. City of Sausalito et al

3:22-cv-01810-EMC - Allen v. City of Sausalito et al

3:22-cv-01809-EMC - Powelson v. City of Sausalito et al

3:22-cv-01995-EMC - Bruce v. Gregory et al

3:22-cv-02098-EMC - Moffit v. City of Sausalito et al

3:22-cv-02421-EMC - Chase v. Rohrbacher et al

3:22-cv-02441-EMC - Tuttle v. Zapata et al

3:22-cv-02727-EMC - Speary v. City of Sausalito et al

## I.      Overview

In total, thirteen individuals filed *pro se* lawsuits relating to the homeless encampment at Marinship Park. Although each *pro se* lawsuit sought different, individualized relief, all the complaints made the same substantive allegation, *i.e.* that the City of Sausalito violated the *pro se* litigants civil and constitutional rights in contravention of, *inter alia*,  42 U.S. Code § 1983. The following is intended to serve as a status report concerning the status of the *pro se* lawsuits relating to the Marinship Encampment ahead of the status conference scheduled for October 11 at 2:30 p.m. before Judge Edward Chen.

//

//

//

2.

**DEFENDANT'S PRO SE SETTLEMENT UPDATE**

## II.     Six Pro Se Litigants Are Expected To Dismiss Their Claims Pursuant to the Settlement in the Case *Sausalito/Marin County Chapter of the California Homeless Union et al v. City of Sausalito et al.*

Of the 13 *pro se* litigants, six[1] are also signatories to the settlement agreement in the case *Sausalito/Marin County Chapter of the California Homeless Union et al v. City of Sausalito et al,* NDCA Case No.  3:21-cv-01143-EMC (the "Union Case" and the "Union Case Settlement"). By the language of that settlement agreement, the six participating individuals are required to voluntarily dismiss all pending claims against the City of Sausalito. As a practical matter, Counsel for the City of Sausalito was contacted on October 5, 2022 and informed that counsel for the Homeless Union will not assist in the procurement of signatures on stipulated requests for dismissals relating to these six individuals. Counsel for Sausalito will submit dismissals relating to these six claims as it obtains signatures from the individual *pro se* Plaintiffs.

## III.     STATUS OF CASES NOT COVERED BY THE UNION SETTLEMENT AGREEMENT

### A.  FOUR *PRO SE* CASES NOT COVERED BY THE UNION SETTLEMENT HAVE ALREADY BEEN DISMISSED BY ORDER OF THIS COURT

Four *pro se* cases were subjected to dismissal orders from this Court for mootness after the City of Sausalito provided all requested relief.  Below are the *pro se* cases fitting this category and a brief synopsis of the facts relating to the dismissal:

| *Moffit v. City of Sausalito* 184121-0011 Complaint Filed: April 1, 2022 | NDCA 3:22-cv-02098-EMC | Sausalito provided all requested relief in the form of an M-Class parking permit. July 11, 2022 this Court issued an OSC as to why case should not be dismissed. OSC was triggered by service of Plaintiff. Plaintiff cannot be located and her whereabouts are unknown. |
| --- | --- | --- |

---

[1] In deference to the confidentiality provisions of the settlement agreement discussed herein, Defendants are refraining from identifying the names of the *pro se* Plaintiffs fitting this category or the correlative NDCA case numbers. Upon request of the Court, Defendants will provide the list of cases fitting this category to the Court in a manner that preserves the confidentiality of the parties.

**DEFENDANT'S PRO SE SETTLEMENT UPDATE**

| *McGann v. City of Sausalito* Complaint Filed: March 30, 2022 | NDCA 3:22-cv-02042-EMC | Dismissed for mootness via May 6, 2022 Order. |
|---|---|---|
| *Mechel Barron v. City of Sausalito* **184121-0017** Complaint Filed: May 26, 2022 | NDCA 3:22-cv-03113-EMC | Dismissed for mootness via August 19, 2022 Order. |
| *Robyn Kelly v. City of Sausalito* **184121-0021** Complaint Filed: August 15, 2022 | NDCA 22-cv-04671 | Voluntarily dismissed without prejudice via September 22, 2022 Order. |

## B.  THREE *PRO SE* CASES NOT COVERED BY THE UNION SETTLEMENT PRESENT CONTINUING LITIGATION RISK

As a consequence of the Union Case Settlement and the Court's previous dismissal orders, only three *pro se* cases present potential for additional litigation. Below are the *pro se* cases fitting this category and a brief synopsis of the facts relating to the status of those cases:

| *Madison Ardgall v. City of Sausalito* **184121-0022** Complaint Filed: August 17, 2022 | **NDCA 22-cv-04722** | **Motion to Dismiss Filed September 12, 2022.** Ms. Ardgall cannot be located and has not been served with Defendant's motion to dismiss. |
|---|---|---|
| *Chase v. City of Sausalito, et. al.* **184121-0013** Complaint Filed: April 19, 2022 | NDCA 3:22-cv-02421-EMC | Mr. Chase was offered $700 for lost property at August 15, 2022 settlement conference and expressed acceptance. The acceptance was confirmed in subsequent telephonic conferences. Mr. Chase requested that Defendants send a copy of a proposed settlement agreement and a stipulated dismissal to his email. Mr. Chase has not responded to Defendant's email. |
| *Tuttle v. Zapata* **184121-0012** Complaint Filed: April 20, 2022 | NDCA 3:22-cv-02441 | Tuttle was placed in Muir Woods Lodge as part of "intake" process for Marinshp Encampment. Further provision of relief has been impeded by Mr. Tuttle's pit bull dogs |

4.

| | | which complicate his candidacy for communal housing. |
| | | |

Defendant will continue to work towards a prompt and final resolution with respect to the final three remaining cases. While City of Sausalito prefers to resolve the remaining issues through settlement agreements and stipulated dismissals, it cannot conclusively rule out filing additional motions at this juncture and will abide by any scheduling order issued by this Court with resect to the filing of any such motions.

Dated: October 6, 2022                           KAUFMAN DOLOWICH & VOLUCK, LLP

                                                          /s/ Arthur Gaus
                                                _____

                                                ARTHUR S. GAUS
                                                JULIANNA BRAMWELL
                                                Attorneys for Defendants
                                                CITY OF SAUSALITO

5.

## **CERTIFICATE OF SERVICE BY ELECTRONIC TRANSMISSION**

I, Gwen M. Wagner, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within entitled action.  My business address is 425 California Street, Suite 2100, San Francisco, CA 94104. My e-mail address is gwagner@kdvlaw.com. On October 6, 2022, I electronically served via ECF the following document(s) described as:

- STATUS REPORT RE: MARINSHIP ENCAMPMENT PRO SE LITIGATION

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 6, 2022 at San Francisco, California.

Gwen M. Wagner

**DEFENDANT'S PRO SE SETTLEMENT UPDATE**