Arthur Gaus SBN #289560
Julianna Bramwell SBN #339794
KAUFMAN DOLOWICH & VOLUCK, LLP
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
E-mail: agaus@kdvlaw.com; jbramwell@kdvlaw.com

GREGORY RUBENS, SBN. #129737
CITY ATTORNEY FOR CITY OF SAUSALITO
Sausalito City Hall 420 Litho Street Sausalito, CA 94965
E-mail: grubens@bwslaw.com

Attorney for Defendants
CITY OF SAUSALITO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE POWELSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF SAUSALITO, et al.,<br>            Defendant. | CASE NO.: 3:22-cv-01809-EMC (RMI)<br><br>ACTION FILED: March 22, 2022<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date: January 12, 2023<br>Time: 1:30 PM<br>Judge: Hon. Edward Chen |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, and upon all other papers heretofore and herein, the undersigned will respectfully move this court before the Honorable Edward M. Chen, United States District Judge, on January 12, 2023 at 1:30 PM, at the Court of the United States District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, California 94102, Courtroom 5-17th Floor, for an Order pursuant to Rule 12 of the

Federal Rules of Civil Procedure, granting Defendant's motion to dismiss, and for any other relief the Court deems proper.

PLEASE TAKE FURTHER NOTICE that, upon the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, and upon all other papers heretofore had herein, the undersigned will respectfully request the court to find that Plaintiff is a vexatious litigant pursuant to the All Writs Act, 28 U.S.C. §1651(a).

Dated:  December 2, 2022  _____
Arthur Gaus, Esq.
Julianna Bramwell, Esq.
Attorneys for Defendant
CITY OF SAUSALITO